ORIGINAL

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2019 JUL 23  PM 4: 07

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE

$80,989.00 IN U.S. CURRENCY;

NO.  4:19-MC-

4-19MC-016-0

## JOINT MOTION TO EXTEND
## TIME TO FILE JUDICIAL FORFEITURE ACTION

The United States of America and Claimant Gregory Skie, through his attorney,

Frank Sellers, jointly move, pursuant to 18 U.S.C. § 983(a)(3)(A), for a 60-day extension

of time to file a judicial action, and in support state:

1.      From late February to mid-March 2019, the United States obtained multiple

warrants on which agents of the Drug Enforcement Administration (DEA) seized

property for forfeiture, including $80,989.00 in U.S. Currency.

2.      DEA sent written notice of its intent to administratively forfeit the seized

property to all potentially interested parties as required by 18 U.S.C. § 983(a)(1)(A).  On

April 30, 2019, Skie filed his first claim with the DEA for $80,989 in U.S. Currency

seized from his residence.  On July 1, 2019, Skie filed additional claims with the DEA for

some of the other seized currency.[1]

---

[1] The deadline for filing a judicial complaint on those assets is currently September 29, 2019.

**USA Motion to Extend Deadline to File Judicial Forfeiture Action – Page 1**

3.      To date, no other person has filed a claim to the property as required by law in the administrative forfeiture proceeding.  *See* 18 U.S.C. § 983(a)(2)(A)-(E).

4.      According to 18 U.S.C. § 983(a)(3)(A)-(C), the United States is to file a judicial forfeiture action not later than 90 days after a claim has been filed or return the seized property pending such filing, except that a court may extend the filing period for good cause shown or upon agreement of the parties.

5.      The 90-day period that began with the first claim filed by Skie for the $80,989.00 in U.S. Currency is set to expire on July 29, 2019.  The parties have agreed to extend the time for filing a judicial action regarding this asset for 60 days to and including September 27, 2019.

## CONCLUSION

Therefore, the parties request an order to extend the filing period for a judicial forfeiture action to and including September 27, 2019.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*Beverly K. Chapman*
BEVERLY K. CHAPMAN
Assistant United States Attorney
Illinois Bar No. 6317514
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8812
beverly.chapman@usdoj.gov

FRANK SELLERS
Attorney for Claimant
Westfall Sellers Attorneys
1701 River Run, Suite 801
Fort Worth, Texas 76107
Telephone: 817-928-4222
Facsimile: 817-385-6715
frank@westfallsellers.com

**USA Motion to Extend Deadline to File Judicial Forfeiture Action – Page 2**